**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| ALFREDO CARTALAN ROSAS, ) | Case No. EDCV 17-02315-AS |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration,) | |
| ) | |
| Defendant. ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: March 27, 2019

>                             /s/
>                         ALKA SAGAR
>                 UNITED STATES MAGISTRATE JUDGE